# Court of Appeals
# of the State of Georgia

ATLANTA, July 18, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1356. DALE RECYCLING & USED AUTO PARTS, INC. v. CLARK et al.

The Appellant appeals from the trial court's denial of its motion to dismiss the Appellees' appeal from a related order, which was docketed in this Court as Case No. A18A1355.

In a separate opinion, this Court has affirmed the trial court's judgment in Case No. A18A1355. Consequently, the instant appeal is DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/18/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*